U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUL 2 1 2008

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| MARLA ADAMS | CIVIL ACTION NO. 07-1248 |
|---|---|
| versus | JUDGE TRIMBLE |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the report and recommendation of the magistrate judge previously filed in this case, noting the absence of objections thereto, and concurring with the magistrate judge's findings under applicable law; it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's appeal is DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 21st day of July, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE